■ T. GEORGE SILCOTT, Appellant, v JERRY SMITH, Respondent. [639 NYS2d 934]

686

We reject the plaintiff's contention that the verdict should be set aside as against the weight of the evidence, inasmuch as the verdict was supported by a fair interpretation of the evidence *(see, Cohen v Hallmark Cards,* 45 NY2d 493; *Nicastro v Park,* 113 AD2d 129).

The plaintiff's remaining contentions are either unpreserved for appellate review, or without merit. Thompson, J. P., Joy, Hart and Florio, JJ., concur.